IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE:  SABRAM ESTATES WEST, LLC,                    CASE NO. 2:10-bk-74892-B
          Debtor-in-Possession                                        Chapter 11

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Before the Court is the Application of the United States Trustee seeking approval of the appointment of JOHN T. LEE as Chapter 11 Trustee in this case.

On July 11, 2012, this Court entered an Order finding that the appointment of a Trustee was required in this case. The United States Trustee filed an Application on July 18, 2012, in accordance with 11 U.S.C. § 1104(d) and Bankruptcy Rule 2007.1(c) seeking an order approving the appointment of JOHN T. LEE as Chapter 11 Trustee. The United States Trustee's Application complies in all respects with the requirements of § 1104(d) and Rule 2007.1(c) and, accordingly, must be granted without further delay.

**IT IS, THEREFORE, ORDERED** that the Application of the United States Trustee for an Order Approving Appointment of Chapter 11 Trustee be and is hereby granted, and the appointment of JOHN T. LEE as Chapter 11 Trustee herein be and is hereby approved.

_Ben Barry_
Ben Barry
United States Bankruptcy Judge
Dated:  07/23/2012

cc:    All parties on matrix
       John T. Lee, Chapter 11 Trustee